*Gov't. Filed In Open Court on 10/5/07*

*(RPG)*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN CARBAJAL-MAGANA, | ) Criminal Action No. 07- *189M* |
| | ) |
| Defendant. | ) |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Minor victim; <u>possession or use of firearm</u>, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

   **X** Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

   **X** Defendant's appearance as required

   \_\_\_\_ Safety of any other person and the community

FILED

OCT -5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption.** The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention.** The United States request the temporary detention of the defendant for a period of \_\_\_\_\_ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

    \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    \_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

DATED this __5th__ day of ___October___, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney