REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- *131 UNA* |
| JUAN CARBAJAL-MAGANA, | : |
| Defendant. | : |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about October 4, 2007, in the State and District of Delaware, the defendant herein, JUAN CARBAJAL-MAGANA, an alien and subject of Mexico, who had been removed from the United States on or about September 11, 2000 and June 15, 2005, was found in the United States, the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: October 10, 2007



FILED

OCT 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE