# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

October 18, 2007

United States Magistrate Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE   19801

      **Re:**   *United States v. Juan Carlos Carbajal-Magana*
             **Criminal Action No.:07-131M**
             **Our File No.: 2008-00008**

Dear United States Magistrate Judge:

     Enclosed please find a proposed Order regarding the above captioned matter and a copy of the original that we believe may be applicable to Mr. Carbajal-Magana.

     Should you have any questions or concerns, please do not hesitate to contact me.

                                       Respectfully submitted,

                                       /s/
                                       Keir Bradford
                                       Assistant Federal Public Defender

Encl.

cc:    Leslie Wolf, Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-131M |
| JUAN CARLOS CARBAJAL-MAGANA, | : |
| Defendant. | : |

## **ORDER**

**AND NOW**, this _____ day of _____, 2007, upon motion of the Government, it appearing to counsel that defendant is unable to participate in matters before the Court, it is **ORDERED** that defendant is to be transported immediately by the United States Marshal to the Philadelphia Detention Center, where he shall remain for a period of time for purposes of a competency and intelligence evaluation to be conducted by a medical professional acceptable to the government and Pretrial Services.

BY THE COURT:

_____
United States Magistrate Judge