IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| USA, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 07-131-JJF |
| JUAN CARBAJAL-MAGANA, | : | |
| Defendant. | : | |

ORDER

**AND NOW,** this **23rd day of October, 2007,** the Court having held a teleconference with counsel regarding concerns that the Defendant may not be competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense,

**IT IS HEREBY ORDERED** that, should defense counsel continue to believe that the Court should order a psychological examination of the Defendant, defense counsel shall no later than **October 25, 2007** file a written motion pursuant to **18 U.S.C. Section 4241.** Such motion should address: whether there is "reasonable cause" to grant the motion; whether the Court has authority to order the Defendant to be detained at a particular facility and, if so, whether the Court should exercise such authority; if assignment to a specific facility is requested, what efforts have been made to arrange for a psychological examination at that facility; and whether the government is opposed to the relief requested.

_____
UNITED STATES MAGISTRATE JUDGE