IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JUAN CARBAJAL-MAGANA, | ) Crim. No. 07-131-JJF ) |
| Defendant. | ) ) |

NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for a hearing to address: Defendant's Motion for Medical Treatment, Defendant's Withdrawl of Motion for Medical Treatment, the Government's Motion to Detain Pending Trial, and Arraignment before the Honorable Leonard P. Stark, on OCTOBER 31, 2007 AT 2:30 PM in Courtroom #2A, 2nd Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 10/29/07

To: Counsel