UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-131-JJF |
| JUAN CARBAJAL-MAGANA, | ) ) ) |
| Defendant. | ) |

### ORDER OF RESOLUTION AS TO DEFENDANT'S COMPETENCE

**FILED NOV 14 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

**WHEREAS**, defense counsel filed a Motion for Medical Treatment as to Juan Carbajal-Magana on **10/18/2007**;

**WHEREAS**, defense counsel subsequently withdrew her Motion for Medical Treatment in writing on **10/25/2007**;

**WHEREAS**, the Court held a hearing in this matter on **11/1/2007**, **AND** defendant's attorney stated in court that she no longer had a concern as to the defendant's competency;

**WHEREAS**, the Court questioned the defendant directly through an interpreter as to whether he understood the nature and consequences of the proceedings against him on **11/1/2007**;

**AND NOW** on this **14**th, day of **November, 2007** after the court having held a hearing on this matter **IT IS ORDERED THAT** there is **NO** "reasonable cause" to grant defense counsel's Motion for Medical Treatment pursuant to 18 U.S.C. Section 4241 **AND** defense counsel's Motion to Withdraw its Motion for Medical Treatment is hereby **GRANTED**.

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
United States Attorney
USPO