IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-131 JJF |
| JUAN CARBAJAL-MAGANA, | : |
| Defendant. | : |

**ORDER**

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Monday, December 17, 2007, at 9:45 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

November 20, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE