IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-131-JJF |
| JUAN CARBAJAL-MAGANA, | : |
| Defendant. | : |

## ORDER

In response to Mr. Carbajal-Magana's Motion for Rescheduling of Sentencing, this Court HEREBY ORDERS on this __29th__ day of __February__, 2008, that Defendant's sentencing hearing is rescheduled for the __13th__ day of __March__, 2008 at __1:00__ a.m./p.m.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court



FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE